For the error above pointed out, the judgment is reversed, and the cause remanded.

---

### FISHER v. STATE.

(Court of Criminal Appeals of Texas. March 8, 1911.)

CRIMINAL LAW (§ 1144*)—APPEAL—REVIEW— PRESUMPTIONS.

In the absence of a statement of facts on appeal, the presumption is that the court charged the law applicable to the facts produced in evidence.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 3016–3037; Dec. Dig. § 1144.*]

Appeal from District Court, Hunt County; R. L. Porter, Judge.

Johnnie Fisher was convicted of passing a forged instrument, and appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was tried and convicted at the October term of the district court of Hunt county, being charged with passing a forged instrument.

---

There is neither a statement of facts nor bills of exception in the record. The indictment charges the defendant with passing a forged instrument. The charge submits this offense to the jury. In the absence of a statement of facts, the presumption is that the court charged the law applicable to the facts introduced in evidence.

The judgment is affirmed.